IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAHAB KLINGENSMITH,

 Plaintiff,           JUDGMENT IN A CIVIL CASE

v.                Case No. 13-cv-726-wmc

WAUKESHA COUNTY CIRCUIT
COURT/SHERIFF'S DEPARTMENT and
PARKWAY LOFTS LLC,

 Defendants.

---

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Rahab Klingensmith's motion for leave to proceed *in forma pauperis* and dismissing this case with prejudice as both frivolous and for failure to state a claim.

| /s/ | 4/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |